UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 15-61764-CIV-MORENO

HOWARD COHAN,

      Plaintiff,

vs.

OCEAN'S 641, LCC d/b/a DEERFIELD
BEACH MOTEL,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon parties' Notice of Settlement **(D.E. 10)**, filed on **September 25, 2015**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **October 9, 2015**. If the parties do not file the settlement agreement by October 9, 2015, then Plaintiff may move to have the dismissal vacated, and the Court may reopen the case and proceed to trial. It is further

ADJUDGED that all pending motions in this case are **DENIED AS MOOT** in light of this Court's Order dismissing this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 of September 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record